# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.  
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
919-861-8669  
Fax: 919-861-5555

DATE: March 16, 2018

FROM: Christopher Studley  
U.S. Probation Officer

SUBJECT: HINES, Benjamin Terrence  
Case No.: 5:07-CR-323-2BO  
<u>Request for Early Termination</u>

TO: Terrence W. Boyle  
U.S. District Judge

On September 16, 2008, pursuant to a guilty plea to Conspiracy to Distribute and Possess With Intent to Distribute More Than 5 Grams of Cocaine; Distribution and Possession With Intent to Distribute More Than 5 Grams of Cocaine Base (Crack) and a Quantity of Cocaine (Powder); and Distribution and Possession With Intent to Distribute More Than 5 Grams of Cocaine Base (Crack), Benjamin Terrence Hines appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 168 months imprisonment to be followed by 5 years supervised release. On February 26, 2010, pursuant to 18 U.S.C. § 3582(c)(2), imprisonment was reduced to 135 months; and on May 2, 2013, also pursuant to 18 U.S.C. § 3582(c)(2), imprisonment was further reduced to 87 months.

The defendant was released from custody on October 22, 2013, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since December 2016. His term of supervised release is set to expire on October 21, 2018.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and AUSA Criminal Chief Robin Pendergraft advised the U.S. Attorney's Office has no objection to the early termination request. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.  
☐ I disagree with the recommendation. I will reconsider in one year.  
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____      3-16-18
Terrence W. Boyle                              Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.            Crim. No. 5:07-CR-323-2BO

**BENJAMIN TERRENCE HINES**

On October 22, 2013, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,         I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain         /s/ Christopher Studley
Michael C. Brittain          Christopher Studley
Supervising U.S. Probation Officer     U.S. Probation Officer
                                                         310 New Bern Avenue, Room 610
                                                         Raleigh, NC 27601-1441
                                                         Phone: 919-861-8669
                                                         Executed On: March 16, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _16_ day of _March_, 2017.

Terrence W. Boyle
U.S. District Judge